AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ☑

Jorge Sarmiento
*Plaintiff*
v.
Omni Credit Services of Florida, Inc.
*Defendant*

Civil Action No. 2:13-cv-05833-SRC-CLW

FILED
2/3/14
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 12/17/2013.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: Jan. 15, 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk

CL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISON

JORGE SARMIENTO, )
)
      Plaintiff, )
v. )
)
) Case No: 2:13-cv-05833-SRC-CLW
)
OMNI CREDIT SERVICES OF FLORIDA, INC. )
)
      Defendant, )
)

## DEFAULT JUDGMENT

Defendant, Omni Credit Services, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $ 7,000.00 plus interest thereon; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby;

It is ORDERED and ADJUDGED, that:

1. Plaintiff's Motion for Default Final Judgment (Docket Entry Number 6) is GRANTED.

2. Plaintiff, Jorge Sarmiento, recover of the Defendant, Omni Credit Services of Florida, Inc., the sum of $7,000.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

3. The Clerk is directed to close this case and terminate any pending motions as moot.

Dated:

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk

Stanley R. Chesler
United States District Judge